IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DEPARTMENT OF CHILDREN
AND FAMILIES AND GUARDIAN
AD LITEM,

     Appellants,

  v.

Case No.  5D22-0246
LT Case No. 2021-DP-000231

P.G., SR., FATHER OF P.F.G.,
JR., Z.J.G., AND S.I.G. CHILDREN,
AND C.J., FATHER OF L.R.K.,
A CHILD,

     Appellees.
_____/

Decision filed May 10, 2022

Appeal from the Circuit Court
for Marion County,
Hale R. Stancil, Judge.

Rachel Batten, of Children's Legal
Services, Brooksville, and Stephanie
Christina Zimmerman, Statewide
Appeals Director, of Children's Legal
Services, Bradenton, for Appellant,
Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide
Director of Appeals, and Samantha C.
Valley, Senior Attorney, of Guardian ad
Litem, Tallahassee, for Guardian ad
Litem Program.

Brenda H. Smith, Umatilla
and Shannon L. Reynolds, of
Shannon l. Reynolds, P.A.,
Ocala, for Appellees.

PER CURIAM.

     AFFIRMED.


EVANDER, SASSO and TRAVER, JJ., concur.